1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID COMBS,

11          Petitioner,                   No. CIV S-10-3092 GGH P

12      vs.

13   GARY SWARTHOUT,

14          Respondent.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not submitted a request to proceed in

18   forma pauperis or paid the filing fee.

19          The application attacks a conviction issued by the Santa Clara County.  While

20   both this Court and the United States District Court in the district where petitioner was convicted

21   have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all

22   witnesses and evidence necessary for the resolution of petitioner's application are more readily

23   available in Santa Clara County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24   /////

25   /////

26   /////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2  matter is transferred to the United States District Court for the Northern District of California.

3  DATED: November 22, 2010

4

5    /s/ Gregory G. Hollows

6    _____
     GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

7  GGH:md
   comb3092.108

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26